UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LARS PAPE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>GISELLE MATTESON, Warden,<br><br>　　　　　Respondent. | Case No. 5:23-cv-00353-HDV-SSC<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATED: 4/15/25

　　　　　　　　　　　　　HONORABLE HERNÁN D. VERA
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE